Date: 11/20/2018  
Time: 09:43:59 AM  
Location: WAS

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS

### Request for Withdrawal of Inmate's Personal Funds

WAS-C-A, 45209424 - PHILLIPS, CHERRON

Encumbrance No.: 568

Please charge to my account the sum of **$5.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**  
States District Ct, United  
300 S 4TH ST  
Attn:Clerk of Court  
MINNEAPOLIS  
MN 55415  
United States

Purpose: Court Fees  
Check Memo: Writ of Habeas

_____  
(Signature of Inmate)

45209424 - PHILLIPS, CHERRON  
(Inmate Register No./Name)

_____  
(Signature of Approving Official)

_____  
(Signature of Deposit Fund Tech)

(Payment #)

The inmate's personal account has been charged in the amount indicated above.

SCANNED  
NOV 29 2018  
U.S. DISTRICT COURT MPLS

BP - 199.045 - Jan 2008