## Certificate of Service

This is to certify that I have served a true and correct copy of the foregoing "Petition for Writ of Habeas Corpus" to the following addresses by placing the same in a sealed envelope bearing sufficient postage for delivery via the United States Postal Service by legal mail at FCI Waseca on November 20, 2018 to:

United States Courthouse
300 South Fourth Street Suite 202
Attn: Clerk of Court
Minneapolis MN 55415

"Litigation is deemed FILED at the time it was delivered to the prison authorities."
Houston v. Lack 486 U.S. 266 (1988)

By: /s/ Cherron Marie Phillips

SCANNED
NOV 29 2018
U.S. DISTRICT COURT MPLS