8-cv-03275-JRT-DTS Document 1-3 Filed 11/29/...

Cherron Marie Phillips
Federal Correctional Institution
Reg # 45209-424
PO Box 1731
Waseca MN 56093

LEGAL MAIL

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address. Date Mailed:

NOV 20 2018

Receipt #10110 9

45209-424
United States District Ct
300 S 4TH ST
Attn:Clerk of Court
Minneapolis, MN 55415
United States

MINNEAPOLIS MN 55[.]
21 NOV 2018 PM 5 L

RECEIVED BY MAIL
NOV 26 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

SCANNED
NOV 29 2018
U.S. DISTRICT COURT MPLS.

55415-229799