**NOV 2 0 2018**

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741