RECEIVED
BY MAIL
DEC 14 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

Cherron Marie Phillips
FCI Waseca Reg #45209-424
PO Box 1731
Waseca MN 56093

UNITED STATES DISTRICT COURT MINNESOTA

Cherron Marie Phillips )
    Plaintiff )
) Case No. 18-cv-03275-JRT-DTS
v. )
)
Nanette Barnes, FCI Warden )
    Defendant )

### Notice of Filing

I, Cherron Marie Phillips, plaintiff in the above caption hereby notice the District Court that Plaintiff has returned the summons to the Clerk for signature and seal to the clerk's office showing the address where the defendant may be served.

Once this is received, the Clerk shall issue the summons and attached complaint and deliver it to the United States Marshal, or by a person specially appointed by the court, for service upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Respectfully Submitted
By: /s/ Cherron Marie Phillips
All rights reserved

### Certificate of Service

This is to certify that I have submitted a true and correct copy of the completed summons and complaint to the Clerk's office showing the address where the defendant may be served and requesting service, to the following address by placing the same in a sealed envelope bearing sufficient postage for delivery via U.S.P.S. by legal mail provided at FCI Waseca on December 11, 2018 to:

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
300 SOUTH FOURTH STREET SUITE 202
MINNEAPOLIS MN 55415

SCANNED
DEC 17 2018
U.S. DISTRICT COURT MPLS

"Litigation is deemed FILED at the time it was delivered to the prison authorities."
Houston v. Lack 486 U.S. 266 (1988)

By: /s/ Cherron Marie Phillips