Cherron Marie Phillips
Federal Correction Institution
Reg 45209-424 C Unit
PO Box 1731
Waseca, MN 56093

"Legal Mail"

⟡45209-424⟡
United States District Ct
300 S 4TH ST
Attn:Clerk of Court
Minneapolis, MN 55415
United States

SCANNED
DEC 17 2018
U.S. DISTRICT COURT-MPLS

RECEIVED
BY MAIL
DEC 14 2018
CLERK, US DISTRICT COURT
MINNEAPOLIS, MN

This document was processed through special mailing
procedures for forwarding to you. The letter has neither
been opened nor inspected. If the writer raises a question
or problem over which this facility has jurisdiction, you
may wish to return the material for further information
or clarification.

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0701