Sherron Marie Phillips A5209424

⇔45209-424⇔
U S Dist Court Minn
515 W 1ST ST
Office of the Clerk
Duluth, MN 55802
United States

DEC 2 8 2018

"Legal Mail"

RECEIVED BY MAIL
JAN -3 2019
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

SCANNED
JAN 03 2019
U.S. DISTRICT COURT DULUTH



Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

DEC 2 8 2018