UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-3275 (JRT-DTS)

| | |
|---|---|
| CHERRON MARIE PHILLIPS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> NANNETTE BARNES, Warden ) <br> FCI Waseca, ) <br> ) <br> Respondent. ) | **RESPONDENT'S RESPONSE TO PETITIONER'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION** |

Respondent submits this response in opposition to Cherron Phillips' objections (Doc. No. 4) to the Magistrate Judge's Report and Recommendation. The Report and Recommendation of December 12, 2018, by United States Magistrate Judge David T. Schultz should be adopted in its entirety.

Dated:  January 16, 2019

Respectfully submitted,

ERICA H. MacDONALD
United States Attorney

*s/ Ana H. Voss*

FOR:  ANA H. VOSS
Assistant U.S. Attorney
Attorney ID No. 483656DC
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600
ana.voss@usdoj.gov

ATTORNEYS FOR RESPONDENT