UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-3275 (JRT-DTS)

| | |
|---|---|
| CHERRON MARIE PHILLIPS, | |
| Petitioner, | **CERTIFICATE OF SERVICE** |
| v. | |
| NANNETTE BARNES, Warden FCI Waseca, | |
| Respondent. | |

I hereby certify that on January 16, 2019 I caused the following documents:

**RESPONDENT'S RESPONSE TO PETITIONER'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION AND CERTIFICATE OF SERVICE**

to be filed electronically with the Clerk of Court through ECF, and I further certify that I caused a copy of the foregoing documents to be mailed by first class mail, postage paid, to the following non-ECF participant:

Addressee:

**Cherron Marie Phillips**
#45209-424
FCI Waseca
PO Box 1731
Waseca, MN 56093

*s/ Ana H. Voss*
ANA H. VOSS
Assistant United States Attorney