# UNITED STATES DISTRICT COURT
## District of Minnesota

Cherron Marie Phillips,

                         Plaintiff(s),

v.

Nannette Barnes, Warden FCI Waseca,

                         Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number:   18-cv-3275 (JRT/DTS)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Magistrate Judge's Report and Recommendation [Docket No. 2] is **ADOPTED**.

2. Petitioner Phillip's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED without prejudice**.

Date:  February 28, 2019

KATE M. FOGARTY, CLERK

s/Jennifer Beck
(By)  Jennifer Beck, Deputy Clerk